## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

MARC A. STEPHENS,
Plaintiff,

v.

THE HON. EDWARD A. JEREJIAN, in his
Official Capacity as Judge of the Superior
Court of Bergen County;
CHIEF ARTHUR O'KEEFE, as an
individual, and in his Official Capacity as
Chief of the Englewood, New Jersey Police
Department
JOHN JAY HOFFMAN in his Official
Capacity as Attorney General of New Jersey
Defendants

CASE NO. 2:14-cv-06688-WJM-MF

**NOTICE OF APPEAL TO THE
U.S. COURT OF APPEALS FOR THE
THIRD CIRCUIT**

Notice is hereby given that, Marc Stephens, plaintiff in above named case, appeals to the United States Court of Appeals for the Third Circuit from Order of the United States District Court, District of New Jersey, entered in this action on August 4, 2015, granting defendants motion for summary judgment and entering judgment in favor of defendants, November 13, 2015, order denying plaintiff's first motion for reconsideration and to amend the complaint, and December 1, 2015 denying plaintiff's second motion for reconsideration and to amend the complaint.

Dated: December 11, 2015

Marc Stephens, Pro se
Plaintiff-Appellant
271 Rosemont Place
Englewood, NJ 07631
201-598-6268

U.S. POSTAGE
PAID
ENGLEWOOD, NJ
07631
DEC 12, 15
AMOUNT
**$5.31**
R2305H130918-06

07102

1000

CERTIFIED MAIL

7015 1520 0001 6355 8070

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7015 1520 0001 6355 8070

RECEIVED
DEC 15 2015
AT 8:30
WILLIAM T. WALSH, CLERK

Clerk's office
US Courthouse - Fed Building
50 Walnut Street
Newark NJ 07102

Ernst Pl
p, NJ 07631

## Marc A. Stephens

271 Rosemont Place, Englewood, NJ 07631, 201-598-6268

December 11, 2015

Clerk's Office
Martin Luther King, Jr.
U.S. Courthouse and Federal Building
50 Walnut Street
Newark, NJ 07101

**RE: Marc Stephens vs Edward Jerejian, et el Civil Complaint 2:14-cv-06688-WJM-MF**

Dear Clerk,

Enclosed please find:

1. **Notice of Appeal**
2. ~~Civil Appeal Information Statement~~
3. ~~Concise Summary of the Case~~
4. ~~Court Orders and Opinions~~
5. **Motion to proceed in Forma Pauperis**
6. **Affidavit to Appeal in Forma Pauperis with Exhibits A-F.**

RECEIVED

DEC 15 2015

AT 8:30_____M
WILLIAM T. WALSH, CLERK

Respectfully submitted,

Marc Stephens
Plaintiff
201-598-6268

### CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December, 2015, I mailed a copy to the Clerk of Court who will then file the attached documents using the CM/ECF system, which will then send a notification to the following:

Adam Robert Gibbons, DAG: Adam.Gibbons@dol.lps.state.nj.us

FL-960

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Christopher Wasson, Esq.     CBN:  236779<br>LAW OFFICES OF ROBERT S. ACKRICH<br>15250 Ventura Blvd., Suite 500<br>Sherman Oaks, CA  91403<br>TELEPHONE NO.: (818) 808-0685    FAX NO.: (818) 808-0687<br>ATTORNEY FOR *(Name)*: Angelique Stephens | COPY<br><br>CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br><br>DEC 17 2013<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By Teresita Zabella, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill St.
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA  90012
BRANCH NAME: CENTRAL DISTRICT

PETITIONER/PLAINTIFF: Angelique Stephens

RESPONDENT/DEFENDANT Marc Stephens

| NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD | CASE NUMBER:<br>BD 563235 |
|---|---|

1. In accordance with the provisions of section 285.1 of the Code of Civil Procedure, I withdraw as Attorney of Record for:
   [X] Petitioner      [ ] Respondent

2. The final judgment of dissolution, legal separation, nullity, parentage, or postjudgment order was entered on *(specify date)* :
   November 26, 2013
   and no motions or other proceedings are pending at this time.

3. The last known address for the   [X] Petitioner      [ ] Respondent   is:
   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
   ▬▬▬▬▬▬▬▬▬▬▬▬

4. The last known telephone number for the [X] Petitioner    [ ] Respondent   is: ▬▬▬▬▬▬▬▬

5. I mailed a copy of this *Notice of Withdrawal* to   [X] Petitioner    [ ] Respondent   at the address set forth in item 3.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 16, 2103

Christopher Wasson, Esq.
(TYPE OR PRINT NAME)

▶ _____
                              (SIGNATURE)

---

**WARNING**
**This form may not be used after a status-only judgment.**

---

Form Adopted for Mandatory Use
Judicial Council of California
FL-960 [Rev. January 1, 2003]


Martin Dean's
ESSENTIAL FORMS™

**NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD**

Code of Civil Procedure, § 285.1
www.courtinfo.ca.gov

Stephens

EXHIBIT "B"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX: PART 27                                    INDEX No. 303056/2013

------------------------------------------------------------X

MARC A. STEPHENS, an individual
DOREWAY TRANSPORTATION SERVICES,

                         Plaintiff,                         ORDER RE-SCHEDULING
                                                            ACTION TO WEDNESDAY
        -against-                                           DEC. 2, 2015 at 10:00 A.M.


EVAN DORE, an Individual, JOY HENRY OGUAGUA,
an Individual, and DOREWAY, LLC,

                         Defendant(s).                      Present: Hon. Julia I. Rodriguez
                                                                     Supreme Court Justice

------------------------------------------------------------X


        Upon Defendant's request this matter is adjourned from Nov. 5, 2015 to Wednesday,
**December 2, 2015 at 10:30 a.m.** in Part 27, Room 625.   The parties are advised to bring all
relevant documents in support of their arguments.  Testimony of witnesses will not be
necessary as this court has the transcripts of the hearings held on Jan. 21 and June 8, 2015.
        This matter is marked final for Dec. 2, 2015.


        The telephone number for courtroom 625 is 718-618-1216.


Dated: Nov. 4, 2015

                                                            _____
                                                            Hon. Julia I. Rodriguez
                                                            Supreme Court Justice

EXHIBIT "A"

**WOLF & WOLF LLP**
**Attorneys At Law**
www.onefinelawyer.com

910 Grand Concourse, Ste. 1F
Bronx, New York 10451
Tel. (718) 410-0653
Alt. Tel. (718) 410-2323
Fax (718) 588-8035

5 Main Street
Haverstraw, New York 10927
Tel. (845) 429-5500
Fax (845) 429-5515

EDWARD H. WOLF
JASON M. WOLF

BRIAN R. KAUFMAN, PARALEGAL

May 20, 2013

Mr. Marc Stephens
650 East Palisades Avenue
Englewood Cliffs, New Jersey 07632

### THIS AGREEMENT CONSTITUTES A BINDING LEGAL CONTRACT AND SHOULD BE REVIEWED CAREFULLY

1. **The Purpose of this Agreement**

   THIS AGREEMENT IS FOR LEGAL SERVICES, by and between Wolf & Wolf, LLP with offices at 910 Grand Concourse, Ste. 1F, Bronx, New York 10451 and Marc Stephens.

2. **Nature of the Services to be rendered.**

   (a) This letter confirms that you have retained this law firm as your attorney to represent in an action against Doreway Transportation Services LLC  The retainer is $10,000.00, $1,500.00 of which will be paid on signing this retainer. The balance must be paid in installments of $350.00 per month commencing July 1, 2013.

   (b) The retainer and fees do NOT include: (1) any services rendered in Appellate Courts, any services relative to any objection, appeal or any other services which might be required following the entry of a final judgment or order; (2) other actions or proceedings; (3) out-of-pocket expenses which include, but are not limited to, disbursements advanced on your behalf, costs of serving and filing papers, court fees and costs, process servers, court calendar service, recording fees, expert witnesses, subpoena fees, consultants, accountants, appraisers, investigators, actuaries, court reporters, customary fees of stenographers referable to examinations before trial, long distance telephone calls, travel,

SUPERIOR COURT OF NEW JERSEY



ROBERT P. CONTILLO, P.J.Ch.
CHANCERY DIVISION

BERGEN COUNTY JUSTICE CENTER
Suite 420
HACKENSACK, N.J. 07601
(201) 527-2615

September 3, 2014

**LETTER ORDER**

**R.** 1:2-6

**FILED**

SEP - 3 2014

**Robert P. Contillo**
**P.J.Ch.**

**VIA REGULAR MAIL AND TELEPHONE**

Viola Stephens
271 Rosemont Place
Englewood, NJ  07631

Marc Stephens
Attorney in Fact for Viola Stephens
271 Rosemont Place
Englewood, NJ   07631

**VIA FACSIMILE**

Todd Marks, Esq.
Zucker, Goldberg & Ackerman, LLC
200 Sheffield Street
Suite 101
Mountainside, NJ  07092

Re:    Nationstar Mortgage v. Stephens, et al.
       Docket No. F-48329-13

Dear Ms. Stephens, Mr. Stephens and Counsel:

   A motion to vacate default was filed by or on behalf of Viola Stephens on August 7, 2014 and was opposed by the plaintiff on August 11, 2014.  The motion is presently scheduled for September 5, 2014.

   No default has yet been entered against Viola Stephens.  Accordingly, no motion to vacate is necessary and same shall be deemed withdrawn.

12/11/2015

Activity - PayPal

EXHIBIT E-1

| Activity | Activity (including balance & fees) | Charts & Graphs |
|---|---|---|
| All your transactions in one place. | A more detailed view of your transactions. | Your sales info displayed in easy-to-read formats. |

## Activity

Email Address [ ]   Search for transactions [ ]   Search

| Custom | Monthly | Quarterly | Yearly | 1/1/14 | To: 12/11/15 | View |

I'm looking for : Payments received     in : All currencies     From January 1, 2014 to December 11, 2015

☐ Include archived transactions

| Dec 1, 2015 | Payment from vered salon Completed | Print shipping label (/webscr?cmd=_ship-now&&return=_account&whence=ao&is_ebay_txn=0&info=ZQoX5tzTCqrf7vsO8dzeEVk4OcczAlQLrrpkhCvwi7csjlDDon85Ttm3lonq) ▼ | $200.00 USD |
| Nov 6, 2015 | Payment from vered salon Completed | Refund (/webscr?cmd=_account-refund&return=_history&info=tyks4-pEE-8REaPX6KqjNt-eqAyNJT2gUUSH5lRH-uQhxpyC7zoX_6z4mBC) ▼ | $200.00 USD |
| Oct 6, 2015 | Payment from vered salon Completed | Archive ▼ | $700.00 USD |
| Sep 2, 2015 | Payment from vered salon Completed | Print shipping label (/webscr?cmd=_ship-now&&return=_account&whence=ao&is_ebay_txn=0&info=luiNTCuxJexowkeYga7bRqZfwulul5GmpylHY-CCnozSdNcq-LsVvJnJxQa) ▼ | $500.00 USD |
| Aug 21, 2015 | Payment from vered salon Completed | Archive ▼ | $200.00 USD |
| Aug 2, 2015 | Payment from vered salon Completed | Archive ▼ | $500.00 USD |
| Jun 26, 2015 | Payment from vered salon Completed | Archive ▼ | $200.00 USD |
| May 3, 2015 | Payment from vered salon Completed | Archive ▼ | $200.00 USD |
| Mar 23, 2015 | Payment from vered salon Completed | Archive ▼ | $200.00 USD |
| Feb 17, 2015 | Payment from vered salon Completed | Archive ▼ | $200.00 USD |
| Jan 19, 2015 | Payment from vered salon Completed | Archive ▼ | $200.00 USD |
| Dec 11, 2014 | Payment from | Archive ▼ | $200.00 USD |

12/11/2015

Activity - PayPal

vered
salon
Completed

| Oct 9, 2014 | Payment from vered salon Completed | Archive ▼ | | $200.00 USD |
|---|---|---|---|---|
| Sep 4, 2014 | Payment from vered salon Completed | Archive ▼ | | $200.00 USD |
| Aug 6, 2014 | Payment from vered salon Completed | Archive ▼ | | $150.00 USD |
| Jun 28, 2014 | Payment from vered salon Completed | Archive ▼ | | $200.00 USD |
| May 29, 2014 | Payment from vered salon Completed | Archive ▼ | | $350.00 USD |
| Apr 24, 2014 | Payment from vered salon Completed | Archive ▼ | | $200.00 USD |
| Apr 23, 2014 | Payment from vered salon Completed | Archive ▼ | | $100.00 USD |
| Apr 5, 2014 | Payment from vered salon Completed | Archive ▼ | | $350.00 USD |
| Mar 13, 2014 | Payment from Angelique Stephens Completed | Archive ▼ | | $309.00 USD |
| Mar 1, 2014 | Payment from vered salon Completed | Archive ▼ | | $350.00 USD |
| Feb 4, 2014 | Payment from vered Completed | Archive ▼ | | $350.00 USD |
| Jan 20, 2014 | Payment from vered Completed | Archive ▼ | | $350.00 USD |

*EXHIBIT E-2*

# Bank of America 🇺🇸

## Online Banking

## Business Fundamentals Chk - 6629: Account Activity

Balance Summary: $259.12 (available as of today 12/11/2015)
View: today 12/11/2015

Print

## All Transactions

| Date | Description | Status | $Amount |
|------|-------------|--------|---------|

**Showing results for Deposit, All available dates (12 months)**

[Show all transactions]

| Date | Description | Status | $Amount |
|------|-------------|--------|---------|
| 12/03/2015 | PAYPAL DES:TRANSFER ID:5WZ22995CNXQ6 INDN:MAS WEB DESIGN HOSTI CO... | C | 193.90 |
| 11/09/2015 | PAYPAL DES:TRANSFER ID:5WZ22974UPRRA INDN:MAS WEB DESIGN HOSTI CO... | C | 193.90 |
| 11/03/2015 | JPMorgan Chase DES:QuickPay ID:4973311578 INDN:MARC STEPHENS CO... | C | 300.00 |
| 10/09/2015 | PAYPAL DES:TRANSFER ID:5WZ2294VT7RG2 INDN:MAS WEB DESIGN HOSTI CO... | C | 700.00 |
| 09/08/2015 | PAYPAL DES:TRANSFER ID:5WZ2292JTQLAA INDN:MAS WEB DESIGN HOSTI CO... | C | 485.20 |
| 08/24/2015 | PAYPAL DES:TRANSFER ID:5WZ228ZR7LTNG INDN:MAS WEB DESIGN HOSTI CO... | C | 200.00 |
| 08/19/2015 | CHECKCARD 0817 STAPLES 00105221 HACKENSACK NJ 74164075230105000797652... | C | 1.07 |

| | | | |
|---|---|---|---|
| 08/04/2015 | PAYPAL DES:TRANSFER ID:5WZ228YBAFBQA INDN:MAS WEB DESIGN HOSTI CO... | C | 500.00 |
| 07/03/2015 | JPMorgan Chase DES:QuickPay ID:4727811852 INDN:MARC STEPHENS CO... | C | 180.00 |
| 06/29/2015 | PAYPAL DES:TRANSFER ID:5WZ228VVABGR6 INDN:MAS WEB DESIGN HOSTI CO... | C | 193.90 |
| 05/05/2015 | PAYPAL DES:TRANSFER ID:5WZ228SDMGG6W INDN:MAS WEB DESIGN HOSTI CO... | C | 193.90 |
| 03/25/2015 | PAYPAL DES:TRANSFER ID:5WZ228PTF9QXA INDN:MAS WEB DESIGN HOSTI CO... | C | 193.90 |
| 03/17/2015 | CA TLR transfer Banking Ctr NORTHRIDGE FASHION #0002440 CA Confirmation#... | C | 100.00 |
| 03/13/2015 | JPMorgan Chase DES:QuickPay ID:4500241832 INDN:MARC STEPHENS CO... | C | 150.00 |
| 02/23/2015 | PAYPAL DES:TRANSFER ID:5WZ228MRHA7AW INDN:MAS WEB DESIGN HOSTI CO... | C | 193.90 |
| 01/27/2015 | JPMorgan Chase DES:QuickPay ID:4405240189 INDN:MARC STEPHENS CO... | C | 311.00 |
| 01/21/2015 | PAYPAL DES:TRANSFER ID:5WZ228KUKL2F6 INDN:MAS WEB DESIGN HOSTI CO... | C | 193.90 |

| 12/15/2014 | Counter Credit | C | 150.00 |

12/15/2014 PAYPAL DES:TRANSFER            C    200.00
           ID:5WZ228HGW8HTL
           INDN:MAS WEB DESIGN
           HOSTI CO...

12/09/2014 PMorgan Chase                  C  1,000.00
           DES:QuickPay
           ID:4314533166 INDN:MARC
           STEPHENS CO...

Back to top



CHASE ◉

Chase QuickPay℠ Activity

Hello, MARC STEPHENS (mas@maswebdesignhosting.com)    Edit profile

⌨Search for transaction

| Notification Received ▾ | Status | Sender | Amount |
|---|---|---|---|
| 10/30/2015 | Completed | SMG CONSULTING GROUP LLC | $300.00 |
| 07/01/2015 | Completed | SMG CONSULTING GROUP LLC | $180.00 |
| 03/11/2015 | Completed | ANGELIQUE K CHAMBERLAIN "This is it" | $150.00 |
| 01/24/2015 | Completed | LEGEND WIRELESS LLC | $311.00 |
| 12/08/2014 | Completed | DENIS DE MARCO "2nd attempt" | $1,000.00 |

JPMorgan Chase Bank, N.A. Member FDIC

Equal Opportunity Lender

EXHBIT "F"

## NOTICE OF WAGE GARNISHMENT AND LIEN INVESTIGATION
## REQUEST FOR IMMEDIATE ACTION - TIME SENSITIVE

70200
15005

Marc Stephens
271 Rosemont Pl
Englewood, NJ  07631-3807

**Notice Date: 11/6/2015**
**File Number: RDIL11062015**
**Help Phone Number: 800-724-9508**

Dear Marc Stephens,

This letter is to notify you of the probability that the State
Taxing Authority will move forward with garnishing your wages and
placing levies on your bank account and other property as a result
of the unpaid tax lien.

You have previously been notified that the State Taxing Authority
has placed a lien in the amount of $5,373.00 in the name of Marc
Stephens on 1/28/2013. That demand for payment has yet to be
satisfied and as of 11/6/2015 remains unpaid.

This investigation has been filed with the County of Bergen on
1/28/2013, and is official record.

As provided by the State Taxing Authority, the lien has been placed
on all property and rights to the property in the name of Marc
Stephens for the total due including penalties, interest and other
costs. Many times, the penalties, interest and other costs doubles
what the State Taxing Authority is trying to collect from you.

It is in your best interest to contact the Help Phone Number at 800-
724-9508, reference file number RDIL11062015.

If you believe that this is an error or that you do not owe the lien
recorded, call 800-316-3092 to have this verified. If your taxes
have been paid, you can disregard this notice.

### For Help, Call 800-724-9508 Today
### Hours: Monday - Friday 6am - 6pm

(1) Information obtained from public record sources. Rates and terms are subject to change without notice.
This product is not affiliated with any government agency and this offer is not being made or endorsed
by any agency of the government. Not available in all states.