UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MARC A. STEPHENS,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**THE HONORABLE EDWARD A. JEREJIAN,** in his Official Capacity as Judge of the Superior Court of Bergen County; **CHIEF ARTHUR O'KEEFE,** as an individual, and in his Official Capacity as Chief of the Englewood, New Jersey Police Department; **JOHN J. HOFFMAN,** in his Official Capacity as Attorney General of New Jersey,<br><br>　　Defendants. | Civ. No. 14-6688 (WJM)<br><br>ORDER |

**THIS MATTER** comes before the Court on Plaintiff's motion for reconsideration and to amend. For the reasons set forth in the accompanying opinion; and for good cause shown;

**IT IS** on this 13th day of November 2015, hereby,

**ORDERED** that Plaintiff's motion for reconsideration and to amend is **DENIED**.

　　　　　　　　　　　　　　　　　　　　／s/ William J. Martini
　　　　　　　　　　　　　　　　　　**WILLIAM J. MARTINI, U.S.D.J.**