UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARC A. STEPHENS,<br><br>    Plaintiff,<br><br>    v.<br><br>THE HONORABLE EDWARD A. JEREJIAN, in his Official Capacity as Judge of the Superior Court of Bergen County; CHIEF ARTHUR O'KEEFE, as an individual, and in his Official Capacity as Chief of the Englewood, New Jersey Police Department; JOHN J. HOFFMAN, in his Official Capacity as Attorney General of New Jersey,<br><br>    Defendants. | Civ. No. 14-6688 (WJM)<br><br>ORDER |

**THIS MATTER** comes before the Court on Plaintiff's *pro se* second motion requesting reconsideration of this Court's August 4, 2015, Order granting the Defendant's motion to dismiss and this Court's subsequent November 13, 2015, Order denying the Plaintiff's first motion for reconsideration; and this Court having concluded that reconsideration is not warranted; and for good cause shown;

**IT IS** on this 1st day of December 2015, hereby**,**

**ORDERED** that Plaintiff's motion for reconsideration is **DENIED**. Plaintiff is reminded that any future applications that are deemed to be frivolous by the Court will result in sanctions.

2

/s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**