MARC A. STEPHENS,

                              Appellant

v.

THE HONORABLE EDWARD A. JEREJIAN, In his Official Capacity
as Judge of the Superior Court of Bergen County;
CHIEF ARTHUR OKEEFE, As an individual, and in his Official Capacity as
Chief of the Englewood, New Jersey Police Department;
ATTORNEY GENERAL OF THE STATE OF NEW JERSE