# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 15-3992

Marc Stephens vs. Edward Jerejian, et al.

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

The Honorable Edward A. Jerejian, J.S.C., John Jay Hoffman, Attorney General

Indicate the party's role IN THIS COURT (check <u>only</u> one):

☐ Petitioner(s)    ☐ Appellant(s)    ☐ Intervenor (s)

☐ Respondent(s)    ☑ Appellee(s)    ☐ Amicus Curiae

(Type or Print) Counsel's Name: Mr. Alex J. Zowin

            Mr.      Ms.      Mrs.      Miss

Firm: New Jersey Attorney General

Address: 25 Market St

City, State, Zip Code: Trenton, NJ 08625

Phone: (609) 633-7786      Fax: (609) 777-3607

**Primary E-Mail Address (required)**: Alex.Zowin@dol.lps.state.nj.us
Additional E-Mail Address (1): _____
Additional E-Mail Address (2): _____

Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. **YOU ARE LIMITED TO TWO ADDITIONAL E-MAIL ADDRESSES.**

**SIGNATURE OF COUNSEL:** *[signature]*

---

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

*IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.*

This entry of appearance must be served on all parties.

REV. 10/23/09