JOHN J. HOFFMAN
ACTING ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
Attorney for Defendants Jerejian, Hoffman,

By: Alex J. Zowin
    Deputy Attorney General
    (609) 633-7786
    alex.zowin@dol.lps.state.nj.us

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| MARC STEPHENS, | Civ. Action No. 15-3992 |
| Plaintiff, | |
| v. | **CERTIFICATION OF SERVICE** |
| EDWARD JEREJIAN, et al., | |
| Defendants. | |

I hereby certify that the attached Entrance of Appearance on behalf of Defendants Jerejian and Hoffman, and Certification of Service were filed electronically with the Clerk of the United States Court of Appeals for the Third Court and that copies of these documents will be sent via regular mail to:

        Marc Stephens
        271 Rosemont Place
        Englewood, NJ 07631

        JOHN J. HOFFMAN
        ACTING ATTORNEY GENERAL OF NEW JERSEY

By:  s/ Alex J. Zowin
     Alex J. Zowin
     Deputy Attorney General

Dated: December 29, 2015