# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| MARC A. STEPHENS,<br>Plaintiff,<br>v.<br><br>THE HON. EDWARD A. JEREJIAN, in his Official Capacity as Judge of the Superior Court of Bergen County;<br>CHIEF ARTHUR O'KEEFE, as an individual, and in his Official Capacity as Chief of the Englewood, New Jersey Police Department<br>JOHN JAY HOFFMAN in his Official Capacity as Attorney General of New Jersey<br>Defendants | CASE No. 15-3992<br>D. N.J No. 2:14-cv-06688-WJM-MF<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I, Marc Stephens, Plaintiff-Appellant, pro se, hereby certify that on January 26, 2016, I filed an ARGUMENT IN SUPPORT OF APPEAL using the CM/ECF system, which will then send a notification to the defendants Honorable Judge Edward A. Jerejian, Attorney General John J. Hoffman, and their counsel:

Adam Robert Gibbons, DAG: Adam.Gibbons@dol.lps.state.nj.us
Alex J. Zowin: Alex.Zowin@dol.lps.state.nj.us


**MARC ANTHONY STEPHENS**
Plaintiff-Appellant, pro se


By:  s / Marc Anthony Stephens
Marc Anthony Stephens

January 26, 2016