JOHN J. HOFFMAN
ACTING ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
Attorney for Defendants Jerejian & Hoffman,

By: Adam Robert Gibbons
    Deputy Attorney General
    (609) 633-7786
    adam.gibbons@dol.lps.state.nj.us

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| MARC STEPHENS,<br><br>   Appellant,<br>  v.<br><br>THE HON. EDWARD A. JEREJIAN, et al.,<br><br>   Appellee. | Civ. Action No. 15-3992<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that the attached Entrance of Appearance on behalf of Defendants Jerejian and Hoffman, and Certification of Service were filed electronically with the Clerk of the United States Court of Appeals for the Third Court and that copies of these documents will be sent via regular mail to:

    Marc Stephens
    271 Rosemont Place
    Englewood, NJ 07631


    JOHN J. HOFFMAN
    ACTING ATTORNEY GENERAL OF NEW JERSEY

  By: s/ Adam Robert Gibbons
    Adam Robert Gibbons
    Deputy Attorney General

Dated: March 2, 2016