# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| MARC A. STEPHENS,<br>Plaintiff,<br>v.<br><br>THE HON. EDWARD A. JEREJIAN, in his Official Capacity as Judge of the Superior Court of Bergen County;<br>CHIEF ARTHUR O'KEEFE, as an individual, and in his Official Capacity as Chief of the Englewood, New Jersey Police Department<br>JOHN JAY HOFFMAN in his Official Capacity as Attorney General of New Jersey<br>Defendants | CASE No. 15-3992<br>D. N.J No. 2:14-cv-06688-WJM-MF<br><br>**PLAINTIFF'S NOTICE OF MOTION TO EXPEDIATE APPEAL** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, on a date and at a time to be set by the Court, or as soon thereafter as counsel can be heard Plaintiff-Appellant Marc Stephens will move for an order to expedite the appeal to the United States Court of Appeals for the Third Circuit.

**Dated: May 25, 2016**

Respectfully submitted,

*[signature]*

Marc Stephens

201-598-6268