# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| MARC A. STEPHENS,<br>Plaintiff,<br>v.<br><br>THE HON. EDWARD A. JEREJIAN, in his Official Capacity as Judge of the Superior Court of Bergen County;<br>CHIEF ARTHUR O'KEEFE, as an individual, and in his Official Capacity as Chief of the Englewood, New Jersey Police Department<br>JOHN JAY HOFFMAN in his Official Capacity as Attorney General of New Jersey<br>Defendants | CASE No. 15-3992<br>D. N.J No. 2:14-cv-06688-WJM-MF<br><br>**ORDER** |

**THIS MATTER** having been brought before the Court on Motion, Plaintiffs-appellants Marc Stephens seeks an Order granting his MOTION TO EXPEDITE THE APPEAL to the United States Court of Appeals for the Third Circuit, and the Court having considered the papers submitted in support of and in opposition to the within Motion, and the Court having considered Oral argument of the parties, if any, and the Court having determined that the Plaintiffs' Motions are entitled as a matter of course and law, and should be granted, and for the reason set forth in the record of the proceedings, and for other and good cause having been shown,

**IT IS** on the _____ day of _____, 2016,

**ORDERED** that Plaintiffs Motion to expedite the appeal is hereby **GRANTED**,

_____
Honorable Judge