UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| MARC A. STEPHENS,<br>Plaintiff,<br>v.<br><br>THE HON. EDWARD A. JEREJIAN, in his Official Capacity as Judge of the Superior Court of Bergen County;<br>CHIEF ARTHUR O'KEEFE, as an individual, and in his Official Capacity as Chief of the Englewood, New Jersey Police Department<br>JOHN JAY HOFFMAN in his Official Capacity as Attorney General of New Jersey<br>Defendants | No. 15-3992<br>CASE NO. 2:14-cv-05362-WJM-MF<br><br>**DECLARATION OF PLAINTIFF MARC STEPHENS IN SUPPORT OF PETITION FOR REHEARING AND REHEARING EN BANC**<br><br>**Civil Action** |

**I, Marc A. Stephens, declare as follow**:

1. I am the plaintiff-appellant Marc A. Stephens in the above captioned matter.
2. I make this declaration in support of plaintiffs' **Petition for Rehearing** and **Rehearing En Banc**. I have personal knowledge regarding the facts of the case, and statements made herein.
3. At the time of the initial judgment dismissing my complaint I could not afford the appeal fee. I am dealing with multiple lawsuits, **see waiver request denial order, ECF no. 5**.
4. I have a constitutional right to sue in court. A statue does not supersede the United States Constitution.
5. I have never been to law school and only completed 2 years of college.
6. Prior to this case, I have never stepped foot inside a federal court, appeals court, or the Supreme Court. I have never litigated a case in these courts as well. After reading multiple cases, I've noticed even licensed and well-seasoned lawyers, and Judges, who have been practicing for over 20 years are still confused about the court rules and local rules, **see petition, page 8 – "Apple Metaphor" – Difficult to decide**. Proceeding pro se is extremely complicated and I addressed this on court record.
7. I filed this complaint because of non-stop death threats towards me, my friends, and family from an organization called **the Skeptics Society**. They actually posted their threats online and in the media. During my firearm hearing in State court, Judge Jerejian ordered that I meet with Sgt. Pulice of the Englewood Police Department. I did not want to provide information because I knew the Skeptics Society members would try to retaliate, again. Pulice stated I would not receive a firearm permit unless I show "serious threats". I filed a police report stating these facts, as well as in my opening brief, in State and Federal court, see **my Complaint, ECF Doc no. 6, page 37-41**. Sgt. Pulice testified that the threats against me and my family are "**Serious Threats**", see **my Complaint, ECF Doc no. 6, page 37, #17**.
8. On August 25, 2015, which was 19 days after the district court denied my complaint and first motion for reconsideration on August 6, 2015, I had to deal with the death of **Honorable Judge**

8. ...**Marcus O. Tucker**, in Los Angeles, California, who was my father in law. http://www.latimes.com/local/obituaries/la-me-marcus-tucker-20150825-story.html.

9. I warned that this organization is targeting my family and friends. Judge Tucker's wife, **Indira Hale-Tucker**, was found with a gunshot wound to her neck at her Santa Monica, CA home, and Indira's mother, **Helen Hale**, retired U.S. House of Representative of Hawaii was found dead in her home in Hawaii. http://hawaiitribune-herald.com/sections/news/local-news/helen-hale-remembered-%E2%80%98amazing-woman%E2%80%99.html. **Angelique Kaiulani Tucker Stephens** was my wife at the time. They made Indira Tucker's death look like suicide. The family reported it in the media as natural causes. They were also older in age so most people believe they died of old age, or health complication. I submitted the death threats as evidence to the court, that was emailed to me, which stated, "Marc Stephens is a bad person", "I'm going to blow your house up and kill you Marc Stephens", and "**families would be killed**". A few months later my family and friends started dying.

10. I substantially complied with the local rules, and the court should allow **"excusable neglect"** for not filing a notice of appeal when the district court dismissed my complaint and first motion for reconsideration and entered judgment on **August 6, 2015**.

11. The standard for reviewing whether neglect was "excusable" is an equitable one, taking into consideration relevant circumstances, including: (1) the danger of prejudice to the non-moving party; (2) the length of the delay and its impact on judicial proceedings; (3) the reason for the delay (i.e., whether it was within the reasonable control of the movant); and (4) whether the movant acted in good faith. **Pioneer Inv. Serv. Corp. v. Brunswick Assocs., 507 U.S. 380, 395, 113 S. Ct. 1489, 123 L. Ed. 2d 74 (1993); Marquez [v. Mineta, 424 F.3d 539] at 541 [(7th Cir. 2005)]. United States v. Johnson, 2008 WL 1774995 (S.D. Ill. April 17, 2008)** (pro se prisoner allowed extension of time based on "excusable neglect" where he delayed filing notice of appeal).

12. **(1)** The defendants are not prejudiced because I still timely filed a Notice of Appeal pursuant to Rule 59(e) and 4(a)(4)(A)(iv); **(2)** my filing did not delay the judicial proceedings; **(3)** my reason for delay is because (a) I was reluctant to keep filing documents because this organization is following the case and killing family, friends, and also celebrities every time my case is denied, (b) I could not afford the filing fees and (c) I filed a second motion for reconsideration due to the court overlooking my evidence; **(4)** I clearly acted in good faith by filing a timely notice.

13. I have litigated in good faith and have shown good cause and merit for this case to proceed forward. Drake v Filko is not the controlling law over Heller and McDonald.

14. In the case **Savage-Bey v. La Petite Academy, 50 A.3d 1055 (D.C. 2012)**, and **Admasu v. 7-11 FOOD STORE NO. 11731G/21926D, 108 A. 3d 357 - DC: Court of Appeals 2015**, The Court of Appeals granted the late filing of a notice of appeal.

As an unsophisticated pro se litigant who had never before been involved in proceedings in this Court, reading multiple cases, and struggling in order to keep up with the filing deadlines, particularly given the leniency always afforded to pro se litigants, unfortunate series of events should not deprive me as a petitioner of my day in this Court.

**I declare under penalty of perjury that the foregoing is true and accurate.**

**/s/ Marc Stephens**

Marc Stephens, Plaintiff-Appellant, pro se
Dated: June 23, 2016