UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 15-3992
_____

MARC A. STEPHENS,
           Appellant

v.

THE HONORABLE EDWARD A. JEREJIAN, In his Official Capacity
as Judge of the Superior Court of Bergen County;
CHIEF ARTHUR OKEEFE, As an individual, and in his Official Capacity
as Chief of the Englewood, New Jersey Police Department;
ATTORNEY GENERAL OF THE STATE OF NEW JERSEY.

_____

(D.N.J. No. 2-14-cv-06688)

_____

SUR PETITION FOR REHEARING

_____

Present: McKEE, <u>Chief</u> <u>Judge</u>, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR., VANASKIE, SHWARTZ, KRAUSE, RESTREPO, SCIRICA[*], <u>Circuit</u> <u>Judges</u>

---

[*] As to panel rehearing only.

The petition for rehearing filed by appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

                                                      BY THE COURT,

                                                     s/Anthony J. Scirica
                                                     Circuit Judge

Dated: July 13, 2016
CJG/cc:     Marc A. Stephens
             Adam R. Gibbons, Esq.
             Alex J. Zowin, Esq.